**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CRYSTAL L. RIVERA, *pro se*,

    Plaintiff,

v.                                                        Case No. 8:07-cv-2190-T-30TGW

AARON RENTS, INC., et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #24) and Defendant Aaron Rents, Inc.'s Notice of Consent to Relief Sought in Plaintiff's Notice (Dkt. #26). An Order to Show Cause (Dkt. #25) was entered on August 7, 2008, which directed both Defendants to show cause within eleven days as to why the Court should not dismiss this action with each party bearing its own attorney's fees and costs. Defendant Seth C. Gevirtz did not file a response to the Order to Show Cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear his, her, or its own attorney's fees and costs.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2008.

*[signature: James S. Moody, Jr.]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-2190.dismissal 24.wpd